**SELF INITIATED AMENDMENT**

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36602

**KRISTI K. DUBOSE**
UNITED STATES DISTRICT JUDGE

May 14, 2007

(251) 690-2020

Honorable Ortrie D. Smith
Chair Committee on Financial Disclosure
Administrative Office of Courts
One Columbus Circle, NE
Washington, DC 20544

In Re: Financial Disclosure

Dear Judge Smith,

Thank you for your letter of May 3, 2007, advising me of the need for additional information in order for my financial disclosure to be complete. Specifically, per your instruction, I need to amend Part VII, page 4, line 6 as follows:

Merrill Lynch - IRA Mutual Funds:

| | | |
|---|---|---|
| Munder Midcap Core | K | T |
| AEW Real Estate Fund | K | T |
| American Growth Fund | L | T |
| American Funds Fundamental | M | T |
| American Funds EuroPacific | L | T |
| American Capital | L | T |
| American Funds Bond Fund | M | T |
| Dryden Small Cap Value C | K | T |
| Sentinel Small Company Fund | K | T |
| Janus Adviser Mid Cap | K | T |
| Cohen & Steers International Realty | K | T |
| JP Morgan Highbridge | L | T |
| Calamos Growth | K | T |

Thank you for your assistance in this matter. Please advise if I need to provide further information.

Sincerely,

Kristi K. DuBose
United States District Judge

RECEIVED 2007 MAY 21 P 12: 09 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, fi middle initial)<br><br>DuBose, Kristi K | 2. Court or Organization<br><br>U.S. District Court S.D. of Al | 3. Date of Report<br><br>04/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>113 St. Joseph Street<br>Mobile, AL 36602 | 8. On the basis of the information contained in this Report and any modifi pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | "Revocable Trust #1" |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 16 A 10: 31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed - utility power products distributor |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Gulf Bank - Fairhope, AL | line of credit for UPI, Inc. (personally guaranteed) | O |
| 2. | Merrill Lynch | letter of credit for escrow account | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank-CD | D | Interest | M | T | | | | | |
| 2. Region Bank CD | A | Interest | K | T | | | | | |
| 3. Region Bank IRA | A | Interest | J | T | | | | | |
| 4. Treasury Bonds | B | Interest | K | T | buy | month | J | A | us treasury |
| 5. Merrill Lynch- Municipal Bonds | G | Interest | P1 | T | | | | | |
| 6. Merrill Lynch- IRA | | | O | T | | | | | |
| 7. Colonial Properties | B | Dividend | K | T | | | | | |
| 8. Hatfield and Company | C | Rent | L | T | | | | | |
| 9. Utility Power Incorporated | G | Dividend | P1 | U | | | | | |
| 10. Hartford Inflation Plus Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Revocable Trust #1 | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K | 04/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII #11- The Revocable Trust #1 is unfunded

Part VII #4(d)(2) these are purchased on a monthly basis

| Name of Person Reporting | Date of Report |
|---|---|
| DuBose, Kristi K | 04/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _____ 4/10/07

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544